FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2026

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       ) Case No. 8:05-CR-00125-DOC-19
                                )
              Plaintiff,        )
                                )
         v.                     ) ORDER OF DETENTION AFTER
                                ) HEARING
ROBERT OCAMPO,                  )
                                ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
              Defendant.        ) § 3143(a)]
                                )
                                )
                                )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and

1

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the reasons stated on the record during the hearing, including the allegations in the violation report, defendant's recent felony conviction and arrests for drugs, arrest for providing a false id to law enforcement, failure to report to probation officer in person, failure to attend drug program, and failure to appear for drug testing. All of which reflect unwillingness to comply with the terms of supervised release.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 3/16/26

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2